4/24/2014                           Issac King JR.

To THE Judge MARCT T. Treadwell
United States District Court
For THE Middle District of Georgia
                   Macon Division

Issac King JR.                Civil No 5:14-CV-58-MTT
      vs
Houston County Sheriff's office

In my order Judgment you Dismissed my complaints I was Suiting Houston county Sheriff office. Will you Remember that I'm incarcererate. I Dont have access to Nothing in here to help my Self. I asked for A attorney to help me with Preparing my complaint. Do to I can afford attorney and Do to my lack of education. I Dont have access to information about who to Sue. are what official to Sue. I Just Know that Sheriff Cullen Talton and William H Rape and Alan Everidge run this Jail. and I Really-Really want to Say this. that I Didn't Do this on Purpose. Before you going Judging me, in this complaint on deliberately how could you Say that. that let me Know that you went Along with Houston County Sheriffs office. and you that is Mistak in my order. you Said my Second complant was is AS A amended complaint. that wrong. I filed on march 17 2014 I was on crutches with a broken leg. I had to have Surgery from my broken ankle. I Just use broken leg. and I have to use crutches from my Doctor. the Doctor that Did my Surger

4/24/2014   Issac King JR

on my ankle. he is the one told me to use crutches that not hard to understand. I'm coming Right out and Say it Lumpkin and the Jail knew of my Serious medica condition. and about my complaints in my First complaint I asted for one hundred thousand dollars and in my Second complaint I asked for two hundred thousand dollars. because I filed Two difference complaint it was wrong for Them to Be put together As A amended. I filed one complaint for my ribs and face accident. and I filed the other for my ankle Two difference complaint. and I was sueing the Houston County Sheriffs office. I use Them because I Know they are the one that run this Jail. and I have Proof it was not Done intentional. you Know for yourSelf on crutches Surgery on my ankle. the Doctor had me on crutches. and I'm Still on Them. and I got to have another Surgery Some time in may 2014. Judge I'm - I may Not Be educated training But I can See Better Then this. All favor was for houston county Sheriffer office. Now that is deliberately and you Judg me you went Right Along with the county I'm not crazy. I Know what's going on. that Unfair. I Try to Protect mySelf. this is what Strike is Strike 1 Im incarcerate Strike 2 I'm not education. Strike 3 I Didn't Know what I was Doing. Strike 4 I Dont have no Rights Strike 5 I Been to Prison. Strike 6 Who going to believe what I Say. me against Houston County

4/24/2014

Would the favor go to me are Houston County I know you're not going in my favor. I'm Indigent Dont have no money

Preliminary review error
and I was on Crutches that day February 21 2014 I said that I filed Two difference you said my Second complaint was amended that wrong- I filed out one for my ribs and face/and I filed one for my ankle for Reinjured my ankle error

I have Proof that Lumpkin Knew about my medica condition I Told Them about my medica conditon when I came in medica have that on file, and how can you said my deliberately ignored that risk. how can anybody walk with belly chain and hand cuff

Due Process clause of the Fourteenth Amendment Because I was A Pretrial Detainee not A convicted Prison To the Right to Be Free From deliberate Indifference too to my Serious medical Condition The Jail here Take All the information when you come in So he knew all — my medica condition

Issac King Jr

What difference Do it make about my leg or ankle I had Surgery on my Right leg ankle and I said that in my Complaint December 5, 2013

Please Send me A Appeals Form Right Away

Send to this Address

Issac King JR. G-8
Houston County CI
203 N. Perry Pkwy
Perry, GA 31069

Appeals Form to Eleventh Circuit located in Atlanta Georgia.